**Kevin L. CHOICE, Plaintiff–Appellant,**

v.

**Cozette JACOBS; Sprint Telephone Company, Defendants– Appellees.**

No. 01–6444.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 13, 2001.

Kevin L. Choice, pro se. Terry B. Millar, Terry B. Millar, L.L.C., Rock Hill, SC; Brant Mitchell Laue, Armstrong Teasdale, L.L.P., Kansas City, MO, for appellees.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Kevin L. Choice, a South Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2001). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court accepting the recommendation of the magistrate judge. *See Choice v. Jacobs,* No. CA–00–1514–0–18BC (D.S.C. Feb. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*